IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CAROLYN W. ROWLAND                                                      PLAINTIFF

v.                          Case No. 4:10-cv-1998-DPM

CROTHALL HEALTHCARE, INC.                                          DEFENDANT

ORDER

Crothall Healthcare's Rule 26(f) report indicates that Rowland is now represented by counsel. He or she should appear and file a Rule 26(f) report by 29 October 2011.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 October 2011