IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CAROLYN W. ROWLAND                                              PLAINTIFF

v.                              Case No. 4:10-cv-1998- KGB

CROTHALL HEALTHCARE, INC.                                       DEFENDANT

## ORDER

The Plaintiff, Carolyn W. Rowland, filed an amended complaint on July 6, 2012 (Dkt. No. 49). The defendant filed a motion to dismiss the plaintiff's amended complaint for failure to state a claim or, in the alternative, to strike plaintiff's amended complaint (Dkt. No. 50). Ms. Rowland filed a motion to withdraw the amended complaint after she learned that her counsel's computer had been hacked and that the July 6, 2012 amended complaint (Dkt. No. 49) was filed instead of the intended amended complaint along with its motion for leave to file the amended complaint (Dkt. No. 52).

For good cause shown, the Court GRANTS Ms. Rowland's motion to withdraw the amended complaint (Dkt. No. 52). The July 6, 2012, amended complaint is withdrawn (Dkt. No. 49). Defendant's motion (Dkt. No. 50) is hereby DENIED as moot.

IT IS SO ORDERED this 10 day of September, 2012.

*Kristine M. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE