IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CAROLYN W. ROWLAND                                                                    PLAINTIFF

v.                              Case No. 4:10-cv-1998- KGB

CROTHALL HEALTHCARE, INC.                                                        DEFENDANT

ORDER

Based upon all counsels' representations to this Court, this case is removed from the trial calendar for the week of January 14, 2013.

IT IS SO ORDERED this 23 day of October, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE