IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CAROLYN W. ROWLAND**                                                                                          **PLAINTIFF**

v.                                            **Case No. 4:10-cv-1998- KGB**

**CROTHALL HEALTHCARE, INC.**                                                                   **DEFENDANT**

## ORDER

The parties have informed the Court that this matter has been settled. Therefore, the parties request that plaintiff's complaint against defendant be dismissed with prejudice, with each party to bear her or its own cost.

IT IS THEREFORE ORDERED that plaintiff's complaint against defendant in this action is hereby dismissed with prejudice, with each party to bear her or its own costs.

IT IS SO ORDERED this 18th day of December, 2012.

_Kristine G. Baker_
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE